Case 4:24-cv-05140   Document 30   Filed on 07/25/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHINETHA GLENN**, Individually, on Behalf of the Estate of **TAKARA GLENN HIGHTOWER**, and as Next Friend of Minor Children, **G.H.(1)**, **G.H.(2)**, **G.H.(3)**, **G.H.(4)**, and **G.H.(5)**; **DANIELLE RUFFIN**, and **SCOTT EDWARD SCOTT**,<br>    Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br>    Defendant | NO. 4:24-cv-05140 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR RESPONSE TO DEFENDANT'S MOTION TO DISMISS

On this day the Court considered Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits for their Response to Defendants' Rule 12(B)(1) and 12(B)(6) Motion to Dismiss. After considering the motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs are granted leave to file their Response to Defendants' Rule 12(B)(1) and 12(B)(6) Motions to Dismiss in excess of this Court's rule on page limits.

SIGNED on this __24__ day of __July__, 2025.



UNITED STATES DISTRICT JUDGE ALFRED H. BENNETT