# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHINETHA GLENN, ESTATE OF TAKARA GLENN HIGHTOWER, GH1 MINOR, GH2 MINOR, GH3 MINOR, GH4 MINOR, GH5 MINOR, DANIELLE RUFFIN, SCOTT EDWARD SCOTT, § § § § § § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, § § Defendant. § | Civil Action No. 4:24-cv-05140 |

## ORDER

Defendant's unopposed motion for an extension of time is hereby GRANTED. Defendant's reply in support of Defendant's motion to dismiss deadline has been extended by fourteen (14) days and is hereby due on June 26, 2025.

It is so ORDERED.

July 24, 2025
Date

_____
The Honorable Alfred H. Bennett
United State District Judge