Case 4:24-cv-05140   Document 32   Filed on 07/25/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHINETHA GLENN, ESTATE OF TAKARA GLENN HIGHTOWER, GH1 MINOR, GH2 MINOR, GH3 MINOR, GH4 MINOR, GH5 MINOR, DANIELLE RUFFIN, SCOTT EDWARD SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:24-cv-05140<br>§<br>§<br>§<br>§ |

## ORDER

The Defendant's Unopposed Motion for Leave for Excess Pages on Defendant's Reply in Support of Defendant's Motion to Dismiss is hereby GRANTED.

It is so ORDERED.

July 25, 2025
Date

_____
The Honorable Alfred H. Bennett
United State District Judge